IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BARBARA M. BUSH | * | |
|     Plaintiff, | * | |
|     v. | * | CIVIL ACTION NO. AW-11-1446 |
| | * | |
| KAREN LEFKOWITZ | * | |
| CHERYL WALKER | * | |
| CYNTHIA DAVIS | * | |
| REALTY MANAGEMENT SERVICES | * | |
|     Defendants. | * | |

## **MEMORANDUM**

On May 25, 2011, this case was transferred to this court from the U.S. District Court for the District of Columbia.[1] On or about March 29, 2011, Barbara M. Bush (ABush@) filed this action in "contract" under the Federal Consumer Leasing Act. Bush, who remains on conditional release while her federal criminal charges are pending, *see United States v. Bush*, Criminal No. L-06-0202 (D. Md.), alleges that she has been without a written lease at her Hyattsville apartment and claims that certain oral agreements and conditions have been refused. Bush contends that in July of 2010, the U.S. Department of Housing and Urban Development ("HUD") filed a complaint against her property manager Cynthia Davis who, along with PEPCO employees, has been sending her threatening communications to disconnect her electric service. ECF No. 1. Because she appears indigent, Bush's Motion for Leave to Proceed *In Forma Pauperis* shall be granted.

The undersigned observes that soon after Judge Walton ordered the transfer of the case, Bush filed a Motion for Voluntary Dismissal under Fed. R. Civ. P. 41(a). ECF No. 4. Bush claims that the matter is currently before HUD in a federal administrative proceeding, before the Maryland Public Service Commission in a state administrative proceeding, and before the Circuit Court for Prince George's County for judicial review. She asks that the case be voluntarily dismissed. *Id*.

---

[1] On April 30, 2011, U.S. District Judge Reggie Walton ordered that the case be transferred for lack of venue.

Bush's request shall be granted. The case shall be dismissed without prejudice. A separate Order follows.

Date: June 7, 2011.

_____//s//_____  
Alexander Williams Jr.  
United States District Judge
